JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STUART WHANG, an individual, | Case No. CV13-3143 RSWL (RZx) |
|---|---|
| Plaintiff, | Hon. Ronald S.W. Lew |
| vs. | ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] |
| FEDERAL INSURANCE COMPANY, a corporation licensed by the State of Indiana, and DOES 1 – 50, inclusive, | |
| Defendants. | |

The Court having read and considered the parties' Stipulation of Dismissal with Prejudice, and finding that good cause appears to grant the Stipulation,

HEREBY ORDERS that the above-entitled action be and is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

DATED: 06/20/2013

RONALD S.W. LEW
HON. RONALD S. W. LEW
U.S. DISTRICT COURT JUDGE