JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART WHANG, an individual,<br><br>      Plaintiff,<br><br> vs.<br><br>FEDERAL INSURANCE COMPANY, a corporation licensed by the State of Indiana, and DOES 1 – 50, inclusive,<br><br>      Defendants. | Case No. CV13-3143 RSWL (RZx)<br><br>Hon. Ronald S.W. Lew<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] |

  The Court having read and considered the parties' Stipulation of Dismissal with Prejudice, and finding that good cause appears to grant the Stipulation,

  HEREBY ORDERS that the above-entitled action be and is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

DATED: 06/20/2013

            RONALD S.W. LEW
            HON. RONALD S. W. LEW
            U.S. DISTRICT COURT JUDGE